GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
Robert A. Goodin, State Bar No. 061302
Francine T. Radford, State Bar No. 168269
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:    (415) 392-7900
Facsimile:    (415) 398-4321
Attorneys for Plaintiff
LORD ABBETT MUNICIPAL INCOME FUND, INC.

DAVIS & CERIANI, P.C.
Michael P. Cillo, Esq. *Pro Hac Vice Pending*
Valeri S. Pappas, Esq. *Pro Hac Vice Pending*
Joshua D. Franklin, State Bar No. 264536, N.D. Cal. pending
Jennifer A. Tiedeken, Esq. *Pro Hac Vice Pending*
1350 17th Street, Suite 400
Denver, Colorado 80202
Telephone:    (303) 534-9000
Facsimile:    (303) 534-4618
Attorneys for Plaintiff
LORD ABBETT MUNICIPAL INCOME FUND, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., a Maryland Corporation, on behalf of its series LORD ABBETT HIGH YIELD MUNICIPAL BOND FUND, LORD ABBETT NATIONAL TAX-FREE INCOME FUND and LORD ABBETT CALIFORNIA TAX-FREE INCOME FUND,<br><br>Plaintiff,<br>v.<br><br>JOANN ASAMI, R. THOMAS BEACH, NATASHA BEERY, JANE BREYER, JENNIFER LOWE CAMPBELL, OREN CHEYETTE, SARAH CLUGG, ORPHEUS CRUTCHFIELD, LYNN DE JONGHE, ROZ HAMAR, NATALIE | Case No. C12-03694 DMR<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF TO ISSUE A THIRD-PARTY SUBPOENA PRIOR TO FRCP 26(f) CONFERENCE** |

1  LENZ-ACUNA, TIM MOPPIN, GINA
   MORELAND, JOANNE RUBIO,
2  JENNIFER CURRY VILLENEUVE,
   ANDREW WEILL, VALERIE MCCANN
3  WOODSON,

4        Defendants.

Pursuant to Fed. R. Civ. P. 26(d)(1), the parties by and through their undersigned counsel hereby stipulate that Plaintiff Lord Abbett Municipal Income Fund, Inc., a Maryland corporation, on behalf of its series Lord Abbett High Yield Municipal Bond Fund, Lord Abbett National Tax-Free Income Fund and Lord Abbett California Tax-Free Income Fund ("Plaintiff") may issue a subpoena seeking to obtain documents and other materials in possession of non-party Windrush School prior to the parties' 26(f) Initial Case Management Conference. Defendants reserve their rights to make objections to the subpoena, a true and correct copy of which is attached hereto as Exhibit A.

Dated: August 14, 2012

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP

DAVIS & CERIANI, P.C.

By: /s/ Francine T. Radford
Francine T. Radford
Attorneys for Plaintiff
LORD ABBETT MUNICIPAL INCOME FUND, INC., a Maryland Corporation, on behalf of its series LORD ABBETT HIGH YIELD MUNICIPAL BOND FUND, LORD ABBETT NATIONAL TAX-FREE INCOME FUND and LORD ABBETT CALIFORNIA TAX-FREE INCOME FUND

Case No. C12-03694 DMR

STIP AND [~~PROPOSED~~] ORDER FOR PLF TO ISSUE A THIRD PARTY SUBPOENA

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| Dated: August 14, 2012 | BECHERER KANNETT & SCHWEITZER |
| | By: /s/ Patrick J. Becherer |
| | Patrick J. Becherer |
| | Attorneys for Defendants |
| | JOANN ASAMI, R. THOMAS BEACH, NATASHA BEERY, JANE BREYER, JENNIFER LOWE CAMPBELL, OREN CHEYETTE, ORPHEUS CRUTCHFIELD, LYNN DE JONGHE, NATALIE LENZ-ACUNA, TIM MOPPIN, GINA MORELAND, JOANNE RUBIO, JENNIFER CURRY VILLENEUVE, ANDREW WEILL AND VALERIE MCCANN WOODSON |
| SO ORDERED: | |
| DATED: August 16, 2012 | *[signature]* |
| | The Honorable Donna M. Ryu |
| | United States Magistriate Judge |

- 2 -                                Case No. C12-03694 DMR

STIP AND [PROPOSED] ORDER FOR PLF TO ISSUE A THIRD PARTY SUBPOENA