GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
Robert A. Goodin, State Bar No. 061302
Francine T. Radford, State Bar No. 168269
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321
Attorneys for Plaintiff
LORD ABBETT MUNICIPAL INCOME FUND, INC.

DAVIS & CERIANI, P.C.
Michael P. Cillo, Esq. *Pro Hac Vice Pending*
Valeri S. Pappas, Esq. *Pro Hac Vice Pending*
Joshua D. Franklin, State Bar No. 264536, N.D. Cal. pending
Jennifer A. Tiedeken, Esq. *Pro Hac Vice Pending*
1350 17th Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 534-9000
Facsimile: (303) 534-4618
Attorneys for Plaintiff
LORD ABBETT MUNICIPAL INCOME FUND, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., a Maryland Corporation, on behalf of its series LORD ABBETT HIGH YIELD MUNICIPAL BOND FUND, LORD ABBETT NATIONAL TAX-FREE INCOME FUND and LORD ABBETT CALIFORNIA TAX-FREE INCOME FUND,<br><br>Plaintiff,<br>v.<br><br>JOANN ASAMI, R. THOMAS BEACH, NATASHA BEERY, JANE BREYER, JENNIFER LOWE CAMPBELL, OREN CHEYETTE, SARAH CLUGG, ORPHEUS CRUTCHFIELD, LYNN DE JONGHE, ROZ HAMAR, NATALIE | Case No. C12-03694 DMR<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  LENZ-ACUNA, TIM MOPPIN, GINA MORELAND, JOANNE RUBIO,
2  JENNIFER CURRY VILLENEUVE, ANDREW WEILL, VALERIE MCCANN
3  WOODSON,
4        Defendants.

- 2 -  Case No. C12-03694 DMR

STIP AND [~~PROPOSED~~] ORDER RE DEFS' MOT. TO DISMISS/SUMM. JUDGMENT

Pursuant to Civ. L.R. 7-3 and 7-12, the parties by and through their undersigned counsel hereby stipulate as follows with respect to the Motion to Dismiss Or, In the Alternative, for Summary Judgment (the "Motion") filed on August 27, 2012, by Defendants Joann Asami, R. Thomas Beach, Natasha Beery, Jane Breyer, Jennifer Lowe Campbell, Oren Cheyette, Orpheus Crutchfield, Lynn De Jonghe, Natalie Lenz-Acuna, Tim Moppin, Gina Moreland, Joanne Rubio, Jennifer Curry Villeneuve, Andrew Weill and Valerie McCann Woodson:

That the hearing on the Motion, currently set for October 11, 2012, will be re-set for **October 25, 2012 at 11:00 a.m.**;

The parties' Case Management Conference, currently scheduled for October 17, 2012, will be rescheduled to **October 25, 2012**;

That Plaintiff's opposition to the Motion will be filed on or before **September 24, 2012**;

That Defendants' reply in support of the Motion will be filed on or before **October 4, 2012**;

That the Motion is deemed made by and on behalf of all named Defendants in this action, i.e., the above-listed together with Sarah Clugg and Roz Hamar, who were served with the summons and complaint after filing of the Motion;

Defendants shall file an amended Notice of Motion in keeping with the foregoing.

Dated: August 31, 2012

GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP

DAVIS & CERIANI, P.C.

By: /s/ Francine T. Radford
Francine T. Radford
Attorneys for Plaintiff
LORD ABBETT MUNICIPAL INCOME FUND, INC., a Maryland Corporation, on behalf of its series LORD ABBETT HIGH YIELD MUNICIPAL BOND FUND, LORD ABBETT NATIONAL TAX-FREE INCOME FUND and LORD ABBETT CALIFORNIA TAX-FREE INCOME FUND

Case No. C12-03694 DMR

STIP AND [PROPOSED] ORDER RE DEFS' MOT. TO DISMISS/SUMM. JUDGMENT

| | | |
|---|---|---|
| 1 | Dated: August 31, 2012 | BECHERER KANNETT & SCHWEITZER |
| 2 | | |
| 3 | | By: /s/ Lori Schweizer |
| 4 | | Lori Schweizer<br>Attorneys for Defendants |
| | | JOANN ASAMI, R. THOMAS BEACH, NATASHA BEERY, JANE BREYER, JENNIFER LOWE CAMPBELL, OREN CHEYETTE, SARAH CLUGG, ORPHEUS CRUTCHFIELD, LYNN DE JONGHE, ROZ HAMAR, NATALIE LENZ-ACUNA, TIM MOPPIN, GINA MORELAND, JOANNE RUBIO, JENNIFER CURRY VILLENEUVE, ANDREW WEILL, and VALERIE MCCANN WOODSON |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 4, 2012

_____
The Honorable Donna M. Ryu
United States Magistrate Judge