**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORD ABBETT MUNICIPAL INCOME FUND, INC., *et al.*,

        Plaintiffs,

      v.

JOANN ASAMI, *et al.*,

        Defendants.

_____/

No. C-12-03694 DMR

**ORDER TO SUBMIT JOINT LETTER REGARDING DISCOVERY DISPUTE**

      The court is in receipt of two separate discovery letter briefs filed by the parties.  [Docket Nos. 52, 53.] The parties did not comply with the court's Standing Order regarding discovery disputes, which requires the parties to submit a *joint* letter setting forth the dispute(s).  Accordingly, each letter is denied without prejudice.  The parties are ordered to comply with the court's Standing Order and to submit a *joint letter* by no later than April 19, 2013.

      IT IS SO ORDERED.


Dated:  April 17, 2013



                           _____
                           DONNA M. RYU
                           United States Magistrate Judge