GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP
Robert A. Goodin, Bar No. 061302
rgoodin@goodinmacbride.com
Francine T. Radford, Bar No. 168269
fradford@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

DAVIS & CERIANI, P.C.
Michael P. Cillo, *Appearing Pro Hac Vice*
mcillo@davisandceriani.com
Joshua D. Franklin, Bar No. 264536
jfranklin@davisandceriani.com
Valeri S. Pappas, *Appearing Pro Hac Vice*
vpappas@davisandceriani.com
Jennifer A. Tiedeken, *Appearing Pro Hac Vice*
jtiedeken@davisandceriani.com
1350 – 17th Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 534-9000
Facsimile: (303) 534-4618

Attorneys for Plaintiff
LORD ABBETT MUNICIPAL INCOME FUND, INC., et al.

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., et al.<br>Plaintiff,<br>v.<br>JOANN ASAMI, et al.,<br>Defendants.<br>LORD ABBETT MUNICIPAL INCOME FUND, INC., et al.<br>Plaintiff,<br>v.<br>STONE & YOUNGBERG, LLC<br>Defendants. | Case No. C12-03694 DMR<br>C12-06185 DMR<br><br>**STIPULATION AND ORDER RE EXTENSION OF ADR DEADLINE** |

Pursuant to Civil Local Rules 7-12; the undersigned parties hereby stipulate as follows:

On or about February 21, 2013, the court ordered the parties to this action to complete private mediation within 120 days of the date of that order;

Since then, the parties have been unable to complete fact discovery that is a necessary predicate to a meaningful mediation;

NOW, THEREFORE, the parties STIPULATE that deadline for completing mediation shall be extended to **August 30, 2013**.

Dated: May 24, 2013

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP

By: /s/ Francine T. Radford
Francine T. Radford
Robert A. Goodin

DAVIS & CERIANI, P.C.

Michael P. Cillo
Valeri S. Pappas
Joshua D. Franklin
Jennifer A. Tiedeken

Attorneys for Plaintiffs LORD ABBETT MUNICIPAL INCOME FUND, INC., a Maryland Corporation, on behalf of its series LORD ABBETT HIGH YIELD MUNICIPAL BOND FUND, LORD ABBETT NATIONAL TAX-FREE INCOME FUND and LORD ABBETT CALIFORNIA TAX-FREE INCOME FUND

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Dated: May 24, 2013 KEESAL, YOUNG & LOGAN

By: /s/ Nathan Jaskowiak

Stephen Young
Ben Suter
Nathan Jaskowiak
KEESEL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136
E-mail: stephen.young@kyl.com
ben.suter@kyl.com
nathan.Jaskowiak@kyl.com
Attorneys for Defendant
STONE & YOUNGBERG, LLC

Dated: May 24, 2013 BECHERER KANNETT & SCHWEITZER

By: /s/ Susan P. Beneville

Patrick J. Becherer
Lori A. Schweitzer
Susan P. Beneville
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, California 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151
E-mail: pbecherer@bkscal.com
lschweitzer@bkscal.com
sbeneville@bkscal.com
Attorneys for Defendants
JOANN ASAMI, R. THOMAS BEACH, NATASHA BEERY, JANE BREYER, JENNIFER LOWE CAMPBELL, OREN CHEYETTE, SARAH CLUFF, ORPHEUS CRUTCHFIELD, LYNN DE JONGHE, ROZ HAMAR, NATALIE LENZ-ACUNA, TIM MOPPIN, GINA MORELAND, JOANNE RUBIO, JENNIFER CURRY VILLENEUVE, ANDREW WEILL, AND VALERIE MCCANN WOODSON

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: May 24, 2013

The Honorable Donna M. Ryu
United States Magistrate Judge

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**FILER'S ATTESTATION**

I, FRANCINE T. RADFORD, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order Re Extension of ADR Deadline. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the attorneys listed as signatories above have concurred in this filing.

Dated: May 24, 2012.

By /s/ Francine T. Radford
Francine T. Radford

3535/001/X152369.v1

- 4 -

CASE NO. C12-03694 DMR

STIPULATION AND ORDER RE EXTENSION OF ADR DEADLINE