UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., ET AL,<br><br>    Plaintiff(s),<br><br>    v.<br><br>JOANN ASAMI, ET AL,<br><br>    Defendant(s).<br>_____/ | No. C-12-03694-DMR<br><br>**NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint letter regarding their discovery dispute [Docket No. 79]. You are hereby notified that a hearing regarding the dispute is set for **October 10, 2013 at 11:00 a.m.** in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

IT IS SO ORDERED.

Dated: September 26, 2013

DONNA M. RYU
United States Magistrate Judge