UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> JOANN ASAMI, <br><br> Defendant(s). <br>_____/ | No. C-12-03694 DMR <br><br> **ORDER TAKING SEPTEMBER 25, 2013 JOINT DISCOVERY LETTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has reviewed the parties' September 25, 2013 joint discovery letter (Docket No. 79), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the October 10, 2013 hearing on the motion is hereby VACATED and the court will issue a detailed written order on the motion.

In light of the parties' timing concerns given the deposition schedule, the court also orders as follows: the court finds that the common interest doctrine does not apply to communications regarding the negligent misrepresentation claim that Plaintiff asserts in this action. Therefore, Plaintiff and non-party Wells Fargo Bank shall immediately produce to Defendants all documents withheld on the basis of attorney-client privilege and the common interest doctrine regarding this litigation and may be questioned as to such communications. The court also finds that Virginia

Housum's deposition testimony constitutes a waiver by Wells Fargo Bank *only* of the attorney-client privilege with respect to the communications regarding the initial lawsuit against Windrush and the bankruptcy proceeding about which she testified. However, the court does not find that Plaintiff and other bondholders who participated in the communications consented to her disclosures. Therefore, Plaintiff and the other bondholders may not be questioned as to the substance of those communications and Housum may not be questioned as to statements made by Plaintiff and other bondholders during the communications. *See Cargill Inc. v. Budine*, No. CV-F-07-349-LJO-SMS, 2008 WL 2856642, at *4 (E.D. Cal. Jul. 21, 2008); *United States v. Balsiger*, No. 07-CR-57, 2011 WL 10879630, at *9 (E.D. Wis. May 11, 2011).

IT IS SO ORDERED.

Dated: October 7, 2013



_____
DONNA M. RYU
United States Magistrate Judge

2