UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., <br><br>    Plaintiff(s), <br><br>v. <br><br>JOANN ASAMI, <br><br>    Defendant(s). | No. C-12-03694 DMR <br> No. C-12-06185 DMR <br><br>**ORDER TO SUBMIT JOINT LETTER REGARDING PARTIES' DISCOVERY DISPUTE** |

The court is in receipt of the parties' joint motion for administrative relief in which they request an order granting them leave to file a joint discovery letter in excess of applicable page limits. [Docket No. 87.] In order to determine the best vehicle for resolving the parties' dispute, by October 28, 2013, the parties shall file a joint letter that does not exceed one page that briefly describes the present dispute.

IT IS SO ORDERED.

Dated: October 24, 2013

_____
DONNA M. RYU
United States Magistrate Judge