UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., <br><br>        Plaintiff, <br><br>    v. <br><br> JOANN ASAMI, ET AL. <br><br>        Defendants. <br> _____/ | No. C-12-03694 DMR <br><br> **ORDER ON FEBRUARY 7, 2014 JOINT DISCOVERY LETTER [DOCKET NO. 104]** |

Having demonstrated good cause, Plaintiff Lord Abbett may take the deposition of Cynthia Post. The deposition cannot exceed three and a half hours, exclusive of breaks. This order resolves the discovery dispute between Lord Abbett and Defendant Stone and Youngberg, LLC set forth in the February 7, 2014 joint letter. [Docket No. 104.]

IT IS SO ORDERED.

Dated: February 18, 2014

DONNA M. RYU
United States Magistrate Judge