United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> JOANN ASAMI, <br><br> Defendant(s). | No. C-12-03694 DMR <br><br> **ORDER DENYING REQUEST TO CONTINUE TRIAL AND PRETRIAL DATES [DOCKET NO. 110]** |

The court has reviewed Plaintiff's request to continue the trial and related pretrial dates in this matter. [Docket No. 110.] Plaintiff asserts that its lead counsel are also lead trial counsel in a case in Colorado set for trial June 5-23, 2014 which conflicts with the June 5, 2014 dispositive motion hearing date in this matter. However, potential conflict with a hearing date is not good cause to move the August 4, 2014 trial date which has been set since February 2013. [*See* Docket No. 51 (Amended Case Management & Pretrial Order).] If by May 29, 2014, it appears that the Colorado trial is going forward, and Plaintiff has no counsel available to argue a dispositive motion on its behalf in this matter, Plaintiff may file an administrative motion requesting a continuance of the dispositive motion hearing date.

IT IS SO ORDERED.

Dated: April 8, 2014

DONNA M. RYU
United States Magistrate Judge