UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., | No. C-12-03694 DMR<br>No. C-12-06185 DMR |
| Plaintiff(s), | **ORDER ON PARTIES' SUBMISSIONS RE BRIEFING FOR SUMMARY JUDGMENT MOTIONS** |
| v. | |
| JOANN ASAMI, | |
| Defendant(s). | |

The court has received the parties' stipulation regarding an enlargement of time for responses and replies to Defendants' summary judgment motions (Docket No. 145) and Plaintiff's administrative motion to file an omnibus opposition to the summary judgment motions (Docket No. 146). The court will be issuing one order on the requests. The court will grant the parties' request for an extension of the briefing schedule and will continue the hearing on the motion. However, Plaintiffs' administrative motion is not ripe for decision. *See* N.D. Cal. L.R. 7-11(b).

IT IS SO ORDERED.

Dated: May 9, 2014

_____
DONNA M. RYU
United States Magistrate Judge