STEPHEN YOUNG, CASB No. 58711
steve.young@kyl.com
BEN SUTER, CASB No. 107680
ben.suter@kyl.com
NATHAN R. JASKOWIAK, CASB No. 248007
nathan.jaskowiak@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:    (415) 398-6000
Facsimile:    (415) 981-0136

NATHAN R. JASKOWIAK
Attorneys for Defendant
STONE & YOUNGBERG, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC. at al.,<br><br>                          Plaintiff,<br><br>vs.<br><br>JOANN ASAMI, et al.,<br><br>                          Defendant. | Case Nos. C-12-06185-DMR and C-12-03694-DMR<br><br>**STIPULATION AND ORDER DENYING ENLARGEMENT OF PAGE LIMITATIONS FOR REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:   The Hon. Donna M. Ryu<br>Date:    June 26, 2014<br>Time:    11:00 a.m. |
| LORD ABBETT MUNICIPAL INCOME FUND, INC., et al.,<br><br>                          Plaintiffs,<br><br>vs.<br><br>STONE & YOUNGBERG LLC,<br><br>                          Defendant. | |

KYL_SF642647

STIPULATION AND [PROPOSED] ORDER DENYING   ENLARGEMENT OF PAGE LIMITATIONS FOR REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT – CASE NOS. C-12-06185-DMR and C-12-03694-DMR

1    Plaintiff Lord Abbett Municipal Income Fund, Inc. on behalf of its series Lord Abbett High
2    Yield Municipal Bond Fund, a Maryland corporation ("Lord Abbett"), Stone & Youngberg LLC
3    ("S&Y) and Defendants Joann Asami, Thomas Beach, Jane Breyer, Jennifer Campbell, Oren
4    Cheyette, Lynn De Jonghe, Roz Hamar, Tim Moppin, Gina Moreland, Jennifer Villeneuve, and
5    Valerie McCann Woodson (collectively "the Board Members"), respectfully submit this Stipulation
6    Regarding Enlargement of Page Limitations for Reply Briefs in Support of Motions for Summary
7    Judgment and state as follows:

8    1.   On April 28, 2014, S&Y filed its Motion for Summary Judgment.  On May 1, 2014, the
9    Board Members filed their Motion for Summary Judgment.

10   2.   On May 16, 2014, the Court granted Lord Abbett's Motion to File an Omnibus
11   Response to S&Y's and the Board Member's Motions for Summary Judgment and extended the page
12   limitations on the Omnibus Response from 25 to 45 pages.

13   3.   On May 27, Lord Abbett filed its Omnibus Response which was 45 pages in length.

14   4.   S&Y and the Board Members seek an extension of the page limitations for their Reply
15   Briefs from 15 to 20 pages.  Lord Abbett does not object to this request.

16   S&Y and the Board Members respectfully request the Court grant the stipulated request as set
17   forth above.  A proposed form of Order is attached for the Court's consideration.

18   Stipulated to this 4th day of June, 2014.

20   DATED: June 4, 2014                          /s/ Nathan R. Jaskowiak _____
                                                  STEPHEN YOUNG
21                                                BEN SUTER
                                                  NATHAN R. JASKOWIAK
22                                                KEESAL, YOUNG & LOGAN
                                                  NATHAN R. JASKOWIAK
23                                                Attorneys for Defendant
                                                  STONE & YOUNGBERG, LLC

| | | |
|---|---|---|
| 1 | DATED:  June 4, 2014 | /s/ Valerie Pappas_____ |
| | | MICHAEL P. CILLO |
| 2 | | VALERI S. PAPPAS |
| | | JENNIFER A. TIEDEKEN |
| 3 | | DAVIS & CERIANI, P.C. |
| | | Attorneys for Plaintiff |
| 4 | | LORD ABBETT MUNICIPAL INCOME FUND, |
| | | INC., a Maryland Corporation, on behalf of its |
| 5 | | series LORD ABBETT HIGH YIELD |
| | | MUNICIPAL BOND FUND, LORD ABBETT |
| 6 | | NATIONAL TAX-FREE INCOME FUND and |
| | | LORD ABBETT CALIFORNIA TAX-FREE |
| 7 | | INCOME FUND |

| | | |
|---|---|---|
| 8 | DATED:  June 4, 2014 | /s/ Susan Beneville_____ |
| 9 | | PATRICK J. BECHERER |
| | | LORI A. SCHWEITZER |
| 10 | | SUSAN P. BENEVILLE |
| | | BECHERER KANNETT & SCHWEITZER |
| 11 | | Attorneys for Defendants |
| | | JOANN ASAMI, R. THOMAS BEACH, |
| 12 | | NATASHA BEERY, JANE BREYER, |
| | | JENNIFER LOWE CAMPBELL, OREN |
| 13 | | CHEYETTE, SARAH CLUFF, ORPHEUS |
| | | CRUTCHFIELD, LYNN DE JONGHE, ROZ |
| 14 | | HAMAR, NATALIE LENZ-ACUNA, TIM |
| | | MOPPIN, GINA MORELAND, JOANNE |
| 15 | | RUBIO, JENNIFER CURRY VILLENEUVE, |
| | | ANDREW WEILL, AND VALERIE MCCANN |
| 16 | | WOODSON |

KYL_SF642647

STIPULATION AND [PROPOSED] ORDER DENYING ENLARGEMENT OF PAGE LIMITATIONS FOR REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT – CASE NOS. C-12-06185-DMR and C-12-03694-DMR

## **ORDER**

The Parties' Stipulation, S&Y and the Board Members are **DENIED** an extension of the page limitations from 15 pages to 20 pages for their Reply Briefs in support of their respective Motions for Summary Judgment.

DATED: June 5, 2014

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

KYL_SF642647

STIPULATION AND [PROPOSED] ORDER DENYING ENLARGEMENT OF PAGE LIMITATIONS FOR REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT – CASE NOS. C-12-06185-DMR and C-12-03694-DMR

**FILER'S ATTESTATION**

I, Nathan R. Jaskowiak, am the ECF user whose ID and password are being used to file this Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the attorney's listed as signatories above have concurred in this filing.

DATED: June 4, 2014         /s/ Nathan R. Jaskowiak
                            NATHAN R. JASKOWIAK

KYL_SF642647

STIPULATION AND [PROPOSED] ORDER DENYING ENLARGEMENT OF PAGE LIMITATIONS FOR REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT – CASE NOS. C-12-06185-DMR and C-12-03694-DMR