IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORD ABBETT MUNICIPAL INCOME FUND, INC., et al.,

    Plaintiffs,

v.

JOANN ASAMI, et al.,

    Defendants.

No. C -12-03694 DMR (EDL)

**ORDER**

The parties are hereby excused from complying with the provision of the Court's Notice and Settlement Conference Order (dkt. 245) that requires the parties lodge settlement conference documents by July 18, 2014. However, the parties shall update Chief Magistrate Judge Elizabeth D. Laporte regarding the status of their settlement conference discussions no later than July 21, 2014.

**IT IS SO ORDERED.**

Dated: July 17, 2014

*[signature]*
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge