United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>JOANN ASAMI, *et al.*, <br><br>    Defendants. <br>_____/ <br>LORD ABBETT MUNICIPAL INCOME FUND, INC., *et al.*, <br><br>    Plaintiff, <br><br>v. <br><br>STONE & YOUNGBERG LLC, <br><br>    Defendant. <br>_____/ | No. C-12-03694 DMR <br><br>**ORDER RE PRETRIAL MOTIONS** |

By no later than 12:00 p.m. on July 22, 2014, the parties shall file a brief joint statement identifying by name and ECF docket number which, if any, pretrial motions were rendered moot by the court's July 11, 2014 Order on Defendants' Motions for Summary Judgment.

IT IS SO ORDERED.

Dated: July 21, 2014

_____
DONNA M. RYU
United States Magistrate Judge