United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORD ABBETT MUNICIPAL INCOME FUND, INC.,

    Plaintiff(s),

v.

JOANN ASAMI,

    Defendant(s).

No. C-12-03694 DMR

**ORDER VACATING DISMISSAL ORDER [DOCKET NO. 287]**

The court's July 24, 2014 Order of Dismissal dismissing this case in its entirety with prejudice (Docket No. 287) is hereby VACATED. The parties shall submit a stipulated proposed final judgment by no later than **August 1, 2014.**

IT IS SO ORDERED.

Dated: July 25, 2014



_____
DONNA M. RYU
United States Magistrate Judge