GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP
Robert A. Goodin, Bar No. 061302
    rgoodin@goodinmacbride.com
Francine T. Radford, Bar No. 168269
    fradford@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California  94111
Telephone:    (415) 392-7900
Facsimile:    (415) 398-4321

DAVIS & CERIANI, P.C.
Michael P. Cillo, *Appearing Pro Hac Vice*
    mcillo@davisandceriani.com
Valeri S. Pappas, *Appearing Pro Hac Vice*
    vpappas@davisandceriani.com
Jennifer A. Tiedeken, *Appearing Pro Hac Vice*
    jtiedeken@davisandceriani.com
1350 – 17th Street, Suite 400
Denver, Colorado  80202
Telephone:    (303) 534-9000
Facsimile:    (303) 534-4618

Attorneys for Plaintiff
LORD ABBETT MUNICIPAL INCOME FUND,
INC., a Maryland Corporation, on behalf of its series
LORD ABBETT HIGH YIELD MUNICIPAL
BOND FUND, LORD ABBETT NATIONAL TAX-
FREE INCOME FUND and LORD ABBETT
CALIFORNIA TAX-FREE INCOME FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>JOANN ASAMI, et al.,<br><br>Defendants. | Case No.  C12-03694 DMR and<br>C12-06185 DMR<br><br>**STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S CLAIM AGAINST STONE & YOUNGBERG FOR NEGLIGENT MISREPRESENTATION RELATING TO 2007 PURCHASE OF THE BONDS** |

{00520153.DOCX; 1}

CASE NO.  C12-03694 DMR
C12-06185 DMR

STIPULATION TO DISMISS

Plaintiff Lord Abbett Municipal Income Fund, Inc., on behalf of its series Lord Abbett High Yield Municipal Bond Fund, Lord Abbett National Tax-Free Income Fund and Lord Abbett California Tax-Free Income Fund ("Lord Abbett"), and Defendant Stone & Youngberg, LLC ("S&Y") hereby stipulate as follows:

1. On or about July 26, 2007, Lord Abbett purchased $3,250,000 in par value of California Statewide Communities Development Authority Revenue Bonds (Windrush School) Series 2007 (the "Bonds"). This purchase is referred to herein as the "2007 Bond purchase."

2. On or about January 27, 2010, Lord Abbett purchased $4,250,000 in par value of the Bonds for approximately $3,270,000. On or about April 27, 2010, Lord Abbett purchased $2,000,000 in par value of the Bonds for approximately $1,600,000. The January 27, 2010 and April 27, 2010 purchases are referred to herein as the "2010 Bond purchases."

3. On July 13, 2012, Lord Abbett filed an action against certain individuals who had served on the Board of Trustees of Windrush School (the "Board Member Defendants"), alleging a claim for negligent misrepresentation based on Lord Abbett's 2007 Bond purchase and its 2010 Bond purchases.

4. On July 25, 2012 Lord Abbett filed an action against S&Y alleging (1) a claim under California Corporations Code §§ 25401 and 25501 relating to its 2007 Bond purchase; (2) a claim under N.J.S. § 49:3-71(a)(2) relating to its 2007 Bond purchase; and (3) a claim for negligent misrepresentation relating to its 2007 Bond purchase and its 2010 Bond purchases.

5. On July 11, 2014, the Court entered an Order On Defendants' Motions For Summary Judgment [Document 244], by which the Court:

   a. granted Board Member Defendants' Motion for Summary Judgment in its entirety;

   b. granted S&Y's Motion for Summary Judgment on Lord Abbett's claim under N.J.S. § 49:3-71(a)(2) relating to its 2007 Bond purchase;

   c. granted S&Y's Motion for Summary Judgment on Lord Abbett's claim under California Corporations Code §§ 25401 and 25501 relating to its 2007 Bond purchase;

   d. granted S&Y's Motion for Summary Judgment on Lord Abbett's negligent misrepresentation claim relating to its 2010 Bond purchases;

   e. denied S&Y's Motion for Summary Judgment on Lord Abbett's negligent misrepresentation claim relating to its 2007 Bond purchase.

NOW, THEREFORE, LORD ABBETT AND S&Y STIPULATE AS FOLLOWS:

6. That, pursuant to Fed. Rule Civ. Proc. 41(a), Lord Abbett's negligent misrepresentation claim against S&Y relating to Lord Abbett's 2007 Bond purchase is dismissed with prejudice.

7. This dismissal does not affect Lord Abbett's claims against the Board Member Defendants, Lord Abbett's claim against S&Y under N.J.S. § 49:3-71(a)(2) relating to its 2007 Bond purchase, Lord Abbett's claim against S&Y under California Corporations Code §§ 25401 and 25501 relating to its 2007 Bond purchase, or Lord Abbett's negligent misrepresentation claim against S&Y relating to its 2010 Bond purchases, as to which the parties will submit a proposed form of judgment pursuant to the Court's Order of July 25, 2014.

8. Lord Abbett and S&Y FURTHER STIPULATE that their deadline to file any motion for costs under F.R.C.P. 54 shall be tolled until the conclusion of Lord Abbett's appeal of the judgment.

Dated this 29th day of July, 2014.

| | |
|---|---|
| GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP | DAVIS & CERIANI, P.C. |
| By: _____/s/_____<br>Francine T. Radford<br>Robert A. Goodin<br>505 Sansome Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 392-7900<br>Facsimile: (415) 398-4321<br>Email: rgoodin@goodinmacbride.com<br>  fradford@goodinmacbride.com<br>*Attorneys for Plaintiff* | By: _____/s/_____<br>Michael P. Cillo<br>Valeri S. Pappas<br>Jennifer A. Tiedeken<br>1305 17th Street, Ste. 400<br>Denver, CO 80202<br>Telephone: (303) 534-9000<br>Facsimile: (303) 534-4618<br>Email: mcillo@davisandceriani.com<br>  vpappas@davisandceriani.com<br>  jtiedeken@davisandceriani.com<br>*Attorneys for Plaintiff* |

{00520153.DOCX; 1}      2.      CASE NO. C12-03694 DMR
                                           C12-06185 DMR

STIPULATION TO DISMISS

1  KEESAL, YOUNG & LOGAN

3  By: _____/s/_____
   Stephen Young
4  Ben Suter
   Nathan Jaskowiak
5  450 Pacific Ave.
   San Francisco, CA 94133
6  Telephone: (415) 398-6000
   Facsimile: (415) 981-0136
7  Email: stephen.young@kyl.com
8         ben.suter@kyl.com
          nathan.jaskowiak@kyl.com
9  *Attorneys for Defendant Stone & Youngberg, LLC*

11     SO ORDERED.

13     Dated: July 29, 2014

   IT IS SO ORDERED

   *[Signature]*
   Judge Donna M. Ryu

   _____
   DONNA M. RYU
   United States Magistrate Judge

{00520153.DOCX; 1}                    3.                    CASE NO.  C12-03694 DMR
                                                                      C12-06185 DMR

STIPULATION TO DISMISS

1  **FILER'S ATTESTATION**

2  I, FRANCINE T. RADFORD, am the ECF user whose ID and password are being

3  used to file this Stipulation to Dismiss With Prejudice Plaintiff's Claim Against Stone &

4  Youngberg for Negligent Misrepresentation Relating to 2007 Purchase of The Bonds.  In

5  compliance with Civil L.R. 5-1(i)(3), I hereby attest that the attorneys listed as signatories above

6  have concurred in this filing.

8  Dated: July 29, 2014              By /s/ Francine T. Radford
                                        Francine T. Radford

11  3535/001/X164588.v1