

**FILED**

**JUL 22 2016**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., a Maryland corporation, on behalf of its series Lord Abbett High Yield Municipal Bond Fund; LORD ABBETT NATIONAL TAX-FREE INCOME FUND; LORD ABBETT CALIFORNIA TAX-FREE INCOME FUND, <br><br>             Plaintiffs-Appellants, <br><br> v. <br><br> JOANN ASAMI; R. THOMAS BEACH; JANE BREYER; JENNIFER CAMPBELL; OREN CHEYETTE; LYNN DE JONGHE; ROSALIND HAMAR; TIMOTHY MOPPIN; GINA MORELAND; JENNIFER VILLENEUVE; VALERIE MCCANN WOODSON; STONE & YOUNGBERG, LLC, <br><br>             Defendants-Appellees. | No.   14-16532 <br><br> D.C. Nos.   4:12-cv-03694-DMR <br>                    4:12-cv-06185-DMR <br> Northern District of California, Oakland <br><br> ORDER |

Before: WALLACE, SCHROEDER, and OWENS, Circuit Judges.

Plaintiffs-Appellants' petition for panel rehearing is DENIED.